Forchion

320 East state street

Trenton, NJ08609

Us federal Courthouse

402 east state street

Trenton, Nj 08608

RECEIVED

SEP 0 8 2026

AT 8:30 ____________M
CLERK, U.S. DISTRICT COURT - DNJ

Re: 3:24-CV-10052

Re: 3:25-cv-13654

REPLY plaintiff statement

(Amended - supplemental)

In 2021, 2022, 2023 there was always a police presence as is normal for most venues in this city of Trenton.

In late 2023 the Plaintiff began publicly complaining about city law director Wesley Bridges stalling his cannabis license AND creating a ~~ca~~ "fraudulent

document - animal Shelter bribery scheme" to open a dispensary for his pal - Dioh Williams & Albert Elk Sr 72 ft from plaintiffs in violation of city statute 146-46 that requires 500 ft separation.

**THATS HOW THIS FIGHT BEGAN.**

Angry about that undermining by the City, bribery scheme Plaintiff began projecting images onto city hall - first "city ignores 146-46" and then "our city govt sucks". Which is when plaintiff says in the spring of 2024 Police began harassing plaintiffs business, illegally closing plaintiff's business sometimes at 11, sometimes at 2, issuing numerous tickets and towing patrons cars - despite City Entertainment districts 24hour designation.

In Oct 2024 plaintiff filed this lawsuit 3:24-cv-10052 about the illegal closures and harassment over projected images. Almost immediately thereafter defendant

retaliated. Plaintiff noticed by December 2024 there was virtually no police. Plaintiff has raised this retaliation issue before in this very court.

Fact:

As FESTIVE mostly peaceful crowd similar to what happens in every urban community started gathering in the Entertainment district in the spring of 2025 between plaintiffs business and City hall the city (EAST STATE STREET) the police / the Mayor chose not to chase them away, not to clear the street but to watch as chaos occurred. Plaintiff has consistently for two years maintained this was deliberate, retaliation. Defendant has the power to keep the streets clear and to maintain order by assigning police to the same area. (instead placed a shotspotter camera there)

**LEGAL FACT: ONLY THE DEFENDANT** has the power to police the streets, to move crowds. Issue tickets and tow cars. Plaintiff is absolutely legally powerless to police state street between Hogan Way & Stockton street. The festive crowds became known as CLUBcityHall - #ClubCityHall and publicly known as POLICE FREE. Police

officers themselves stated they were only reacting to 911 calls. The area became known as a "no police zone". Several violent incidents occurred with no police, including two murders as a result the public and defendant referred to the area created by Mayor Gusciora as a "No police kill zone".

Hypocritically defendant Mayor Reed Gusciora in press conferences and statements blamed plaintiff (without directly naming plaintiff) for the crowds and the occasional violence.

Defendant now presents lots of stats and crime reports but fails to mention these stats are ALL from AFTER he retaliated and pulled police presence from city hall area. A fact he now denies yet it's obvious. Prior to Oct 2024 there was a police presence and no violent incidents. Not until after he pulled the police protection in late 2024 did these incidents happen. Defendants own stats show this!!!

**NOTE: never did DEFENDANT** just re-assign a standing police presence, never developed a safety plan for the entertainment district, never ordered police to move the crowds along nightly or to maintain a police presence to police the street as was the case in 2021/2022/2023 before plaintiffs complaints about defendants & law director Wesly Bridges stalling "Çanñabis license" and accepting "bribery" as part of a "fradulent document scheme".

In the past before LAWSUIT was filed the police simply said "go home or leave". Controlling crowd.

Plaintiff makes no money if crowd stays outside. Plaintiff wanted crowd to come in and pay a percentage did. Defendant deliberately didn't move the crowd or provide police protection to this area as a means to retaliate against plaintiff, blame plaintiff and shut plaintiff down when a couple individuals acted out because DEFENDANT pulled police protection.

Plaintiff again asks the court why didn't these violent incidents happen before lawsuit was filed? Defendant created the conditions he now cites as justification for closing and shutting plaintiffs business. In 2025 & 2026.

Defendant enacted executive order 2025-01 (July 18- August 18, 2025) closing plaintiff for 30 days.

Even after the 30 days - Defendant never changed his "no police" policy between Hogan Way and Stockton street. So again in the spring 2026 defendant deliberately

did nothing as crowds built, did nothing as violent incidents happened there - #ClubcityHall area at night. Even during the day the corner of Stockton & State became one of the best known open air drug corners in the city, numerous weekly over doses right outside of ~~plaintiffs~~ Defendants window. Plaintiff openly blamed this on the Mayor, dubbing this corner the MAYORS CORNER. Who would want to step over or around hardcore drug addicts to come to any business on this block?

Plaintiff for two years said this was deliberate to undermine and blame him for what happened on the city controlled street. Plaintiff is powerless to police the street, only the Mayor has that legal power.

Defendant ignored Plaintiffs numerous request for police protection. (SEE: 5/15/2026 letter to city council & mayor)

In 2026 Defendant again instead of clearing STATE street, & ending the "no police kill zone" created by defendant. Defendant "confessed" on two networkTV news stations on August 7, 2026. Saying: "We are not in the business of providing police protection to a nightclub or other venue".

Which is not true!!! The defendant per the 5th & 14th amendments equal protection of the law clauses, and NJSA 40A:14-152 is required to provide police protection to all. Signaling out plaintiff for no "police protection" not only is unconstitutional and illegal. But directly allowed the violent acts to occur, defendant then hypocritically blames plaintiff for the conditions he created by refusing to provide police protection to "state street".

Plaintiff makes no money during the day, or during the week but generates lots on weekend nights. Thus the defendants targeting weekend nights for plaintiffs closure.

Note Defendant enacted executive order 2026-01 August 6th - indefinitely, only during the plaintiffs money making hours. Targeting & effectively closing plaintiff. Plaintiff now is seeking to file bankruptcy and go out of business due to this years long targeting.

COURT: TO THE DEFENDANT WHY WAS THERE NO VIOLENCE BEFORE OCT 2024?

INCONCLUSION

Plaintiff begs the court to impose TRO, remove this curfew, and order defendant to provide police protection, coverage as is normal with all businesses in New Jersey – i.e. America. The court should notice no violence happened at this location until after this plaintiff filed this lawsuit. Plaintiff requests that defendants' retaliatory measures of removing normal police protection aren't rewarded. Additionally Plaintiff seeks to address this court personally, in a court room testimony.

Edward Forchion – aka- NJweedman